■ POLICEMEN'S BENEVOLENT ASSOCIATION OF THE VILLAGE OF SPRING VALLEY, Respondent, v VILLAGE OF SPRING VALLEY, Appellant. — Order of the Supreme Court, Rockland County (Edelstein, J.), entered September 2, 1981,

affirmed, with $50 costs and disbursements. No opinion. Motion by petitioner to dismiss appeal denied. Mollen, P. J., Titone, Thompson and Rubin, JJ., concur.